AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*August 13, 2025*

Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| Mario Cardenas (1993/US) | ) |
| Defendant(s) | ) |

Case No. 7:25-mj-01934-1

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 3, 2025__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 554, 2 | Did knowingly and unlawfully export or attempt to export from the United States, any merchandise, article, or object, to wit; 11 AK rifle parts kits with all of the parts to complete 11 full rifles, including barrels, receivers, and stocks, as defined by the Commerce Control List, contrary to any law or regulation of the United States, in that the Defendant had not obtained a license or written authorization for such export, in violation of Title 50, United States Code, Section 4819(2), and Title 15, Code of Federal Regulations, Section 730 et seq., all in violation of Title 18, United States Code, Sections 554 and 2 |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved by: AUSA Roberto Lopez, Jr.

/s/ Nicholas C. Stott
*Complainant's signature*

Nicholas C. Stott HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: August 13, 2025 at 7:30 a.m.

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

**Attachment "A"**

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On July 3, 2025, Homeland Security Investigations in McAllen, Texas (HSI McAllen) arrested a cooperating defendant ("CD") attempting to illegally export 11 AK rifle parts kits with all of the parts to complete 11 full rifles, including barrels, receivers, and stocks, into Mexico.

2. The CD identified a photograph of Mario Cardenas ("CARDENAS") as the person who delivered the AK rifle parts to CD in Hidalgo County, Texas, prior to CD's attempt to transport the items into Mexico.

3. A review of the CD's cellular telephone revealed messages with a telephone number which public records indicated was used by CARDENAS. The messages referenced needing to cross the items into Mexico before the July 4th holiday, due to their belief that more law enforcement presence would be encountered on the holiday.

4. Records obtained during the investigation revealed CARDENAS ordered the same quantity and types of AK rifle parts from online vendors on May 28-29, 2025.

5. Law enforcement officers encountered CARDENAS on August 12, 2025, and he identified his telephone number as the same telephone number which was communicating with CD.

6. The weapons parts are controlled items contained within the Commerce Control List.