111

United States Courts
Southern District of Texas
FILED
*September 03, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.                               § | Criminal No.  **M-25-1951** |
| § | |
| MARIO CARDENAS           § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about July 3, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARIO CARDENAS**

did fraudulently and knowingly export and send from the United States, or attempt to export and send from the United States to the United Mexican States, any merchandise, article, or object, to wit: 11 AK rifle parts kits with all of the parts to complete 11 full rifles, including barrels, receivers, and stocks, without a license or written approval from the United States Department of Commerce, as required by Title 50, United States Code, Sections 4819 and Title 15, Code of Federal Regulations, Sections 730-774.

In violation of Title 18, United States Code, Sections 554(a) and 2.

### NOTICE OF FORFEITURE
Title 18, U.S.C. §554(a)

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), and Title 19, United States Code, Section 1595a, the United States gives notice to defendant,

**MARIO CARDENAS**

that upon conviction of a violation of Title 18 U.S.C. §554, as charged in this Indictment, all merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to the following:

11 AK rifle parts kits with all of the parts to complete 11 full rifles, including barrels, receivers, and stocks

A TRUE BILL

_____
FOREPERSON

NICOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY